# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH
### NO. 02-15-00262-CR



CAMERON BERNARD BENNETT                                                 APPELLANT

V.

THE STATE OF TEXAS                                                              STATE

----------

FROM THE 432ND DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 1387365D

----------

## MEMORANDUM OPINION[1]

----------

In exchange for the State's offer of seven years' confinement, Appellant Cameron Bernard Bennett pled guilty and judicially confessed to theft of property under $1,500 and two prior convictions. *See* Tex. Penal Code Ann. § 31.03(a), (e)(4)(D) (West Supp. 2014). He also pled true to the enhancement paragraph elevating his punishment range to that of a second-degree felony based on two

---

[1]*See* Tex. R. App. P. 47.4.

prior felony convictions. *See id.* § 12.425(b) (West Supp. 2014). Appellant waived all pretrial motions and all rights of appeal.

The trial court followed the plea bargain, convicted Appellant of the offense, and sentenced him to seven years' confinement, awarding credit for time served. The trial court signed a certification stating that the case was a plea-bargain case and Appellant had "NO right of appeal" and that Appellant had waived the right of appeal.

Appellant filed his notice of appeal on July 27, 2015. On August 3, 2015, we informed Appellant of the contents of the certification and stated that we could dismiss the appeal unless, on or before August 13, 2015, he or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3.

On August 6, 2015, Appellant filed a "Motion for Extension of Time for Appellant to File his Appeal Brief." It does not show grounds for continuing the appeal. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f). We also deny Appellant's motion as moot to the extent that it requests any additional relief.

PER CURIAM

PANEL: GARDNER, WALKER, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 28, 2015